**COPY**

Philip T. Simpson, Esq. (PS-9707)
Robinson Brog Leinwand Greene Genovese & Gluck P.C.
1345 Avenue of the Americas
New York, New York 10105-0143
Attorney for Plaintiff



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------

**07 CV 4152**

CATHAY BANK,

       Plaintiff,

 -against-

UNITED ALUMINUM DOOR INC., VERY-TACT
INTERNATIONAL, INC., ARCHIVISIONS, INC.,
WAH WOON TAM a/k/a WAYNE TAM, JEN-
HAO MAO, SANDY LIANG, KUO WIN LIU,

       Defendants.
------------------------------------------------------------X

: Civil Action No.

: **STATEMENT PURSUANT TO**
: **F.R.C.P. RULE 7.1**

MAY 29 2007

  Plaintiff by its attorneys Robinson Brog Leinwand Greene Genovese & Gluck P.C. hereby advises the Court, pursuant to F.R.C.P. Rule 7.1 as follows:

  1. Plaintiff Cathay Bank is a subsidiary of Cathay General Bancorp.

  2. Cathay General Bancorp. is a publicly traded holding company trading under the ticker symbol C.A.T.Y.

  3. Cathay General Bankcorp. has the following subsidiaries, in addition to Cathay Bank:

    (a) Cathay Investment Company;

    (b) GBC Investment & Consulting Company;

    (c)    Taiwan and GB Trading Service Ltd.;

    (d)    Cathay Capital Trust One;

    (e)    Cathay Statutory Trust One;

    (f)    GBC Venture Capital Inc.

Dated: New York, New York
       May 25, 2007

*/s/ Philip T. Simpson*
Philip T. Simpson (PS-9707)
ROBINSON BROG LEINWAND
GREENE GENOVESE & GLUCK P.C.
1345 Avenue of the Americas
New York, NY 10105-0143
(212) 603-6300
Attorneys for Plaintiff Cathay Bank