UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

CATHAY BANK,

                     Plaintiff,

      - against -

UNITED ALUMINUM DOOR, INC., VERY-TACT INTERNATIONAL, INC., ARCHVISIONS, INC., WAH WOON TAM a/k/a WAYNE TAM, JEN HOO MAO, SANDY LIANG, KUO WIN LIU,

                     Defendants.

-----------------------------------------------------------------X

Civil Court
Index No.
07 CV 4152 (DC)
(MHD)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
                           ) ss.:
COUNTY OF NEW YORK )

The undersigned being duly sworn deposes and says:

Deponent is not a party to the action, is over 18 years of age and resides in Nassau County, New York;

That on the 30th day of May, 2007 deponent served by depositing a true copy with Federal Express next business day courier service each of the foregoing **SUMMONS, COMPLAINT, CONSENT TO PROCEED BEFORE U.S. MAGISTRATE JUDGE; INSTRUCTIONS FOR FILING AN ELECTRONIC CASE, PROCEDURES FOR ELECTRONIC CASE FILING, and GUIDELINES FOR ELECTRONIC CASE FILING,** on the following:

| | |
|---|---|
| United Aluminum Door Inc.<br>267 Vandervoort Avenue<br>Brooklyn, New York 11211-1718<br>Attn: Mr. Wayne Tam | Mr. Wayne Tam<br>90 West Broadway, Apt. 5A<br>New York, New York 10007-1009 |
| Very-Tact International, Inc.<br>267 Vandervoort Avenue<br>Brooklyn, New York 11211-1718<br>Attn: Mr. Wayne Tam | Jen-Hao Mao<br>96 Schermerhorn, Apt. 5C<br>Brooklyn, New York 11201 |
| Archvisions, Inc.<br>267 Vandervoort Avenue<br>Brooklyn, New York 11211-1718<br>Attn: Mr. Wayne Tam | Sandy Liang<br>24 Eugene Street<br>Melville, New York 11747 |
| | Kuo Win Liu<br>575 Summit Street<br>Englewood Cliffs, New Jersey 07632 |

                                                       _/s/ Pamela Baum_
                                                         Pamela Baum

Sworn to before me this
30th day of May 2007.

_____
Notary Public

JOANNE DiMEO
Notary Public, State of New York
No. 01DI6003812, Qualified in Nassau County
Certificate Filed in New York County
Commission Expires March 9, 2010

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

**ORIGINAL**

*Judge Chin*

# United States District Court

_____SOUTHERN_____ DISTRICT OF _____NEW YORK_____

CATHAY BANK,

        Plaintiff,

V.

UNITED ALUMINUM DOOR INC., VERY-TACT INTERNATIONAL, INC., ARCHIVISIONS, INC., WAH WOON TAM a/k/a WAYNE TAM, JEN-HAO MAO, SANDY LIANG, KUO WIN LIU

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**07 CV 4152**

TO: (Name and address of defendant)

United Aluminum Door Inc.
267 Vandervoort Avenue
Brooklyn, New York 11211-1718
Attn: Mr. Wayne Tam

See Schedule A for other defendants.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Philip T. Simpson, Esq.
Robinson Brog Leinwand Greene
   Genovese & Gluck P.C.
1345 Avenue of the Americas
New York, New York 10105-0143
Tel: (212) 603-6300

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

MAY 29 2007

CLERK

DATE

(BY) DEPUTY CLERK

## SCHEDULE A

Very-Tact International, Inc.
267 Vandervoort Avenue
Brooklyn, New York 11211-1718
County of Kings

Archivisions, Inc.
267 Vandervoort Avenue
Brooklyn, New York 11211-1718
County of Kings

Mr. Wayne Tam
90 West Broadway, Apt. 5A
New York, New York 10007-1009
County of New York

Jen-Hao Mao
96 Schermerhorn, Apt. 5C
Brooklyn, New York 11201
County of Kings

Sandy Liang
24 Eugene Street
Melville, New York 11747
County of Suffolk

Kuo Win Liu
575 Summit Street
Englewood Cliffs, New Jersey 07632
County of Bergen

{00294067.DOC;2}

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other *(specify):* _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
         Date

_____
Signature of Server

_____
Address of Server

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.