# UADgroup    MEMO ENDORSED

architectural metals + curtain wall solutions

```
┌─────────────────────────────┐
│ USDC SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____      │
│ DATE FILED: 6/4/07          │
└─────────────────────────────┘
```

June 4, 2007

Mr. Josh Hu, Law Clerk for
Hon. Judge Denny Chin
United States District Judge
United States Court House
500 Pearl Street, Room 1020
New York, NY 10007

*[Handwritten, right side:]* This application is DENIED, unless defendants agree to the entry of the temporary restraining

Re:    **Cathay Bank v. United Aluminum Door Inc.**
        07 Civ. 4152

Dear Mr. Hu:

I am the Secretary for United Aluminum Door Inc. Mr. Philip T. Simpson, attorney for Cathay Bank, informed Wayne Tam, president of the company, on Thursday, May 31st, that a conference has been scheduled for the coming Tuesday at 10am at Judge Chin's courtroom. We respectfully ask his Honor to move the conference to a later date because we have difficulties to find an attorney to represent us over the weekend with such short notice.

This case involved three named corporate defendants and four individuals. The only individual who has full knowledge about this case is Wayne Tam who is also the only active and managing director of all these corporations. He had left for business meetings in China for this week and is scheduled to return to New York in the middle of next week. We are now responsible to find an attorney to represent the company in this case. And the earliest opportunity to speak to one of the prospective attorneys is tomorrow, Tuesday at 10am. Under these circumstances, we would like to ask for a postponement of the conference at a suitable time when we can participate at the presence of our appointed attorney.

Thank you for your consideration.

Truly yours,
United Aluminum Door Inc.

*[Signature]*
Sandy Liang
Secretary of the Board

Cc:    Philip T. Simpson, Esq.
       Attorney for Cathay Bank
       Fax: (212) 956 2164

*[Handwritten, lower right:]* order requested by plaintiff. SO ORDERED.
*[Signature]* USDJ
6/4/07

899 Vandervoort Ave.    tel 718 599.0350    info@uadgroup.com
Brooklyn, NY 11211    fax 718 599.3592    www.uadgroup.com