Philip T. Simpson, Esq. (PS-9707)
Robinson Brog Leinwand Greene Genovese & Gluck P.C.
1345 Avenue of the Americas
New York, New York 10105-0143
Attorney for Plaintiff

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/11/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
CATHAY BANK,

                Plaintiff,

-against-

UNITED ALUMINUM DOOR INC., VERY-TACT
INTERNATIONAL, INC., ARCHIVISIONS, INC.,
WAH WOON TAM a/k/a WAYNE TAM, JEN-
HAO MAO, SANDY LIANG, KUO WIN LIU,

                Defendants.
------------------------------------------------------------x

Civil Action No. 07CV4152 (DC)

**TEMPORARY RESTRAINING ORDER**

    WHEREAS, on May 30, 2007, plaintiff Cathay Bank commenced an action against defendants United Aluminum Door Inc., Very-Tact International, Inc., Archivisions, Inc., Wah Woon Tam a/k/a Wayne Tam, Jen-Hao Mao, Sandy Liang, and Kuo Win Liu asserting claims based on and arising out of loan agreements, security agreements, and guaranty agreements between the defendants and plaintiff; and

    WHEREAS plaintiff has submitted an Order to Show Cause for, among other relief, a preliminary injunction, an attachment of the property of defendants United Aluminum Door Inc., Very-Tact International, Inc., and Archivisions, Inc., a deposition of said defendants, and an inspection by plaintiff or its representatives of the property, books and records of said defendants; and

    WHEREAS plaintiff's proposed Order to Show Cause further requested that pending the hearing and determination of plaintiff's motion, the defendants United Aluminum Door Inc.,

{00344839.DOC;1}

Very-Tact International, Inc., and Archivisions, Inc. (the "Corporate Defendants"), their agents, officers, employees, shareholders, representatives, and all other persons acting on their behalf, be enjoined and restrained from selling, assigning, dismantling, transferring, pledging, or otherwise disposing of any of certain property of the Corporate Defendants; and

THE COURT having held a conference in this matter on June 5, 2007, at which plaintiff appeared by its attorneys Robinson Brog Leinwand Greene Genovese & Gluck P.C., Philip T. Simpson of counsel, and the Corporate Defendants appeared by their attorney Martin W. Chow, Esq., and the Court having reviewed plaintiff's proposed Order to Show Cause and supporting papers, and having conferenced this case with counsel, and being duly advised;

IT IS THEREFORE ORDERED, that pending the hearing and determination of this motion, defendants United Aluminum Door Inc., Very-Tact International, Inc., and Archivisions, Inc., their agents, officers, employees, shareholders, representatives, and all other persons acting on their behalf, are enjoined and restrained from selling, assigning, dismantling, transferring, pledging, or otherwise disposing of any of the assets or property of the defendants United Aluminum Door Inc., Very-Tact International, Inc., or Archivisions, Inc., except that said defendants are not prohibited from expending monies in the ordinary course of business for such ordinary and usual expenses as rent, utilities, and wages and salaries currently in effect, provided however that the exception for payment of wages and salaries does not permit said defendants to pay any monies in the nature of bonuses or to increase any wages, wage rates, or salaries.

IT IS FURTHER ORDERED, that the hearing on plaintiff's motion for a preliminary injunction, an attachment and other relief shall take place before Hon. Denny Chin, U.S.D.J. on the 15th day of June, 2007 at 3:30 pm at the Courthouse located at 500 Pearl Street, courtroom 11-A, New York, New York; and

{00344839.DOC;1}    2

IT IS FURTHER ORDERED, that papers in opposition to plaintiff's motion, if any, must be filed with the Court in hand or electronically, and served on the attorneys for the plaintiff by the same manner as said papers are filed with the Court, on or before the 11th day of June, 2007.

SO ORDERED this \_\_11\_\_ day of June, 2007

_____
U.S.D.J.

ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.

1345 AVENUE OF THE AMERICAS

NEW YORK, NEW YORK 10105-0143

212-603-6300

FAX 212-956-2164

June 7, 2007

Philip T. Simpson
(212) 603-6302
pts@robinsonbrog.com

**VIA FACSIMILE– (212) 805-7906**

Honorable Denny Chin
United States District Court
Southern District of New York
500 Pearl Street, Room 1020
New York, New York 10007-1312

      Re: Cathay Bank vs. United Aluminum Door, Inc., et al
         Docket No. 07 CV 04152 (DC)(MD)

Honorable Sir:

  In accordance with your instructions at the motion conference in the above entitled matter held on June 5th, 2007, attached hereto for your execution is a proposed Order setting forth the TRO terms and preliminary injunction hearing date and time ordered by Your Honor thereat.

  Further to your instructions, this day a copy of the proposed Order was forwarded to counsel for the corporate defendants, Mr. Martin W. Chow, and Mr. Chow has stated that he has no objection thereto.

Respectfully yours,

Philip T. Simpson

Enclosure

cc: Martin W. Chow, Esq.
  Via Facsimile (646) 356-1256

{00344914.DOC;1}