UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

**CATHAY BANK,**
                Plaintiff(s),

    -against-

**UNITED ALUMINUM DOOR INC.,
VERY-TACT INTERNATIONAL, INC.,
ARCHIVSIONS, INC., WAH WOON
TAM a/k/a WAYNE TAM, JEN-HAO MAO,
SANDY LIANG, KUO WIN LIU,**
                Defendant(s).
-------------------------------------------------------X

**JUDGE CHIN**
Index No. 07 CV 4152

AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                          S.S.:
COUNTY OF NEW YORK)

       **DARRYL GREEN**, being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and is employed by the attorney service, DLS, INC.

       That on the 1st day of June 2007, at approximately the time of 1:39 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL CASE, COMPLAINT STATEMENT PURSUANT TO F. R. C. P. RULE 7.1 AND JUDGES' RULES** upon Archivisions, Inc. at 267 Vandervoort Avenue, Brooklyn, NY 11211, by personally delivering and leaving the same with Jeff Wan, who informed deponent that he is authorized by appointment to receive service at that address.

       Jeff Wan is an Asian male, approximately 30 years of age, stands approximately 5 feet 7 inches tall, and weighs approximately 130 pounds with black hair and brown eyes.

_____
**DARRYL GREEN #0866535**

Sworn to before me this
7th day of June, 2007

_____
NOTARY PUBLIC

HOWARD DANIEL GOLDMAN
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01GO5062405
QUALIFIED IN NEW YORK COUNTY
MY COMMISSION EXPIRES JULY 1, 2010

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

**ORIGINAL**

*Judge Chin*

# United States District Court

_____SOUTHERN_____ DISTRICT OF _____NEW YORK_____

CATHAY BANK,

        Plaintiff,

V.

UNITED ALUMINUM DOOR INC., VERY-TACT INTERNATIONAL, INC., ARCHIVISIONS, INC., WAH WOON TAM a/k/a WAYNE TAM, JEN-HAO MAO, SANDY LIANG, KUO WIN LIU

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**07 CV 4152**

TO: (Name and address of defendant)

United Aluminum Door Inc.
267 Vandervoort Avenue
Brooklyn, New York 11211-1718
Attn: Mr. Wayne Tam

See Schedule A for other defendants.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Philip T. Simpson, Esq.
Robinson Brog Leinwand Greene
   Genovese & Gluck P.C.
1345 Avenue of the Americas
New York, New York 10105-0143
Tel: (212) 603-6300

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

MAY 29 2007

CLERK

(BY) DEPUTY CLERK

DATE

## SCHEDULE A

Very-Tact International, Inc.
267 Vandervoort Avenue
Brooklyn, New York 11211-1718
County of Kings

Archivisions, Inc.
267 Vandervoort Avenue
Brooklyn, New York 11211-1718
County of Kings

Mr. Wayne Tam
90 West Broadway, Apt. 5A
New York, New York 10007-1009
County of New York

Jen-Hao Mao
96 Schermerhorn, Apt. 5C
Brooklyn, New York 11201
County of Kings

Sandy Liang
24 Eugene Street
Melville, New York 11747
County of Suffolk

Kuo Win Liu
575 Summit Street
Englewood Cliffs, New Jersey 07632
County of Bergen

{00294067.DOC;2}

AO 440  (Rev. 10/93) Summons In a Civil Action -SDNY  WEB 4/99

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                                              Signature of Server

_____
Address of Server

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.