Philip T. Simpson, Esq. (PS-9707)
Robinson Brog Leinwand Greene Genovese & Gluck P.C.
1345 Avenue of the Americas
New York, New York 10105-0143
Attorney for Plaintiff

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x
CATHAY BANK,                                    :   Civil Action No. 07CV4152 (DC)
                                                :
                        Plaintiff,              :
                                                :   **TEMPORARY**
        -against-                               :   **RESTRAINING ORDER**
                                                :
UNITED ALUMINUM DOOR INC., VERY-TACT            :
INTERNATIONAL, INC., ARCHIVISIONS, INC.,        :
WAH WOON TAM a/k/a WAYNE TAM, JEN-              :
HAO MAO, SANDY LIANG, KUO WIN LIU,              :
                                                :
                        Defendants.             :
------------------------------------------------x

WHEREAS, on May 30, 2007, plaintiff Cathay Bank commenced an action against defendants United Aluminum Door Inc., Very-Tact International, Inc., Archivisions, Inc., Wah Woon Tam a/k/a Wayne Tam, Jen-Hao Mao, Sandy Liang, and Kuo Win Liu asserting claims based on and arising out of loan agreements, security agreements, and guaranty agreements between the defendants and plaintiff; and

WHEREAS plaintiff has submitted an Order to Show Cause for, among other relief, a preliminary injunction, an attachment of the property of defendants United Aluminum Door Inc., Very-Tact International, Inc., and Archivisions, Inc., a deposition of said defendants, and an inspection by plaintiff or its representatives of the property, books and records of said defendants; and

WHEREAS plaintiff's proposed Order to Show Cause further requested that pending the hearing and determination of plaintiff's motion, the defendants United Aluminum Door Inc.,

{00344839.DOC;1}

Very-Tact International, Inc., and Archivisions, Inc. (the "Corporate Defendants"), their agents, officers, employees, shareholders, representatives, and all other persons acting on their behalf, be enjoined and restrained from selling, assigning, dismantling, transferring, pledging, or otherwise disposing of any of certain property of the Corporate Defendants; and

THE COURT having held a conference in this matter on June 5, 2007, at which plaintiff appeared by its attorneys Robinson Brog Leinwand Greene Genovese & Gluck P.C., Philip T. Simpson of counsel, and the Corporate Defendants appeared by their attorney Martin W. Chow, Esq., and the Court having reviewed plaintiff's proposed Order to Show Cause and supporting papers, and having conferenced this case with counsel, and being duly advised;

IT IS THEREFORE ORDERED, that pending the hearing and determination of this motion, defendants United Aluminum Door Inc., Very-Tact International, Inc., and Archivisions, Inc., their agents, officers, employees, shareholders, representatives, and all other persons acting on their behalf, are enjoined and restrained from selling, assigning, dismantling, transferring, pledging, or otherwise disposing of any of the assets or property of the defendants United Aluminum Door Inc., Very-Tact International, Inc., or Archivisions, Inc., except that said defendants are not prohibited from expending monies in the ordinary course of business for such ordinary and usual expenses as rent, utilities, and wages and salaries currently in effect, provided however that the exception for payment of wages and salaries does not permit said defendants to pay any monies in the nature of bonuses or to increase any wages, wage rates, or salaries.

IT IS FURTHER ORDERED, that the hearing on plaintiff's motion for a preliminary injunction, an attachment and other relief shall take place before Hon. Denny Chin, U.S.D.J. on the 15th day of June, 2007 at 3:30 pm at the Courthouse located at 500 Pearl Street, courtroom 11-A, New York, New York; and

06/11/2007 14:37 FAX 1 212 805 7906    JUDGE CHIN'S CHAMBERS                      ☒004/005
06/08/07  FRI 07:56 FAX 212 956 2164       R.B.L.G.G.&.G                                 ☒005

Case 1:07-cv-04152-DC    Document 13    Filed 06/13/2007    Page 3 of 3

IT IS FURTHER ORDERED, that papers in opposition to plaintiff's motion, if any, must be filed with the Court in hand or electronically, and served on the attorneys for the plaintiff by the same manner as said papers are filed with the Court, on or before the 11th day of June, 2007.

SO ORDERED this ___ day of June, 2007

U.S.D.J.