**EXHIBIT A**

## Philip T. Simpson

**From:** Ronald B. Goodman
**Sent:** Friday, June 08, 2007 12:38 PM
**To:** Philip T. Simpson
**Subject:** FW: interest payment

---

**From:** Roger A. Raimond
**Sent:** Fri 6/8/2007 10:54 AM
**To:** Ronald B. Goodman
**Subject:** FW: interest payment

fyi

Roger A Raimond
Robinson Brog et. al.
1345 Avenue of America's 31st Flr
New York, NY 10105
(212) 603-6340
(212) 956-2164 fax

-----Original Message-----
**From:** Michael_Creith@cathaybank.com [mailto:Michael_Creith@cathaybank.com]
**Sent:** Friday, June 08, 2007 10:50 AM
**To:** Gregory_Badura@cathaybank.com
**Cc:** Roger A. Raimond
**Subject:** Fw: interest payment


Michael Creith
Vice President
Cathay Bank
17271 Gale Avenue, City of Industry, Ca 91748
Phone # 626-581-0440 ext.204
Fax # 626-964-1138
E-mail michael_creith@cathaybank.com

----- Forwarded by Michael Creith/CathayBank on 06/08/2007 07:49 AM -----

| "Anita Poon" <anitapoon@uadgroup.com> | |
|---|---|
| 06/08/2007 07:29 AM | To <Michael_Creith@cathaybank.com> |
| | cc "'Wayne Tam'" <wayne@uadgroup.com> |
| | Subject interest payment |

Dear Michael,

6/14/2007

Attached is the authorization letter for withdraw 16,500.00 from UAD Cathay Bank checking to repay Wayne Tam's personal loan, please confirm to me for this transaction.

Best Regards,

Anita Poon

UAD Group

www.uadgroup.com

anitapoon@uadgroup.com

Tel: 718.599.0350

Fax: 718.599.3592

Disclaimer: This electronic transmission and any attachments contain confidential information belonging to the sender. This information may be legally protected. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient or receive this message in error, you are hereby notified that any disclosure, copying, distribution or taking of any action in reliance on or regarding the contents of this information is strictly prohibited. Please notify the sender immediately if you have received this information in error.

*www.cathaybank.com*

**UNITED ALUMINUM DOOR INC.**
**267 VANDERVOORT AVENUE**
**BROOKLYN NY 11211**
**TEL: 718-599-0350  FAX: 718-599-1202**

Cathay Bank
17271 Gale Ave.
City of Industry, CA 91748


Attn: Michael Creith -- V.P.
Fax: 626/581-0440

Date 06/08/07

<u>**Re: Debit Payment**</u>

Dear Michael,


      Under the instruction of Wayne Tam, please debit <u>$ 16,500.00</u> on 6/8/07 from our checking account No. 5080-7601 to repay interest for loan# 586-00-212.




Best regards,

Anita Poon/ Wayne Tam