Philip T. Simpson, Esq. (PS-9707)
Robinson Brog Leinwand Greene Genovese & Gluck P.C.
1345 Avenue of the Americas
New York, New York 10105-0143
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CATHAY BANK,

                     Plaintiff,

  -against-

UNITED ALUMINUM DOOR INC., VERY-TACT
INTERNATIONAL, INC., ARCHIVISIONS, INC.,
WAH WOON TAM a/k/a WAYNE TAM, JEN-
HAO MAO, SANDY LIANG, KUO WIN LIU,

                     Defendants.
------------------------------------------------------------X

Civil Action No.: 07 CV 4152 (DC)

**DECLARATION OF MICHAEL CREITH**

       MICHAEL CREITH declares under penalties of perjury, pursuant to 28 U.S.C. § 1746, as follows:

       1.    I am a Vice President of Cathay Bank, formerly known as General Bank. I have knowledge of the facts and circumstances of this matter.

       2.    I submit this declaration in further support of plaintiff's application for a preliminary injunction and other relief.

       3.    Attached hereto are an email and a debit instruction that I received from United Aluminum Door on or about June 6, 2007. I understand that this was after this Court issued an oral temporary restraining order, on the record and in the presence of counsel for United Aluminum Door.

{00345607.DOC;1}

4. The email and the debit instruction ask that Cathay Bank debit an account of United Aluminum Door in order to pay interest on a personal loan taken out by Wayne Tam. In other words, United Aluminum Door asked the bank to use United Aluminum Door's funds to pay a personal obligation of its president.

5. Of course the bank refused to engage in this transaction. Nonetheless, that United Aluminum Door would attempt to have its own funds used to pay a personal debt of its president, contrary to an order of this Court, raises substantial concern about whether United Aluminum Door will in fact preserve the collateral on which Cathay Bank has a security interest.

WHEREFORE, it is respectfully requested that plaintiff's application for a preliminary injunction and other relief be granted, together with such other and further relief as to this Court deems just, proper and equitable.

_Michael Creith V.P._
MICHAEL CREITH