Robinson Brog Leinwand Greene
  Genovese & Gluck P.C.
1345 Avenue of the Americas, 31st Floor
New York, New York 10105
(212) 603-6300
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

CATHAY BANK,

                        Plaintiff,

      -against-

UNITED ALUMINUM DOOR INC., VERY-TACT
INTERNATIONAL, INC., ARCHVISIONS, INC.,
WAH WOON TAM a/k/a WAYNE TAM, JEN-
HAO MAO, SANDY LIANG, KUO WIN LIU,
                        Defendants.
-----------------------------------------------------------------x

Civil Action No. 07 CV 4152 (DC) (MHD)

CERTIFICATE OF SERVICE

STATE OF NEW YORK   )
                              ) ss.:
COUNTY OF NEW YORK  )

Joanne M. Brennan, certifies that:

     1.    On June 14, 2007, I served a copy of the **REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF APPLICATION TO COMPEL DEFENDANTS UNITED ALUMINUM DOOR INC., VERY-TACT INTERNATIONAL, INC., AND ARCHVISIONS, INC. TO DELIVER COLLATERAL TO PLAINTIFF, FOR A PRELIMINARY INJUNCTION AND FOR OTHER RELIEF** and **DECLARATION OF MICHAEL CREITH** upon attorney Martin W. Chow, Esq., Law Offices of Martin W. Chow, 590 Newark Avenue, Jersey City, New Jersey 07306 by Federal Express.

     2.    I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                                              /s/ Joanne M. Brennan
                                                              Joanne M. Brennan