May 25, 2007

CC's DK
File UMD
- Copy Back TO
me.

**VIA CERTIFIED MAIL - RETURN RECEIPT REQUESTED AND U.S. MAIL**

Ideal Construction - North
Attention: Andy Henderson
25 Bond Street 5th Floor
New York, N.Y. 10012

Re: Obligations due from United Aluminum Door, Inc.
Our Client: Cathay Bank

Dear Andy Henderson:

Please be advised that Secured Party is the senior secured creditor of the Debtor. The debts of Debtor to Secured Party are secured by, among other things, all accounts receivable, general intangibles, and contract rights of the Debtor and all proceeds therefrom.

The Debtor's records indicate that the sum due and payable to the Debtor from your company is $ 232,931.20 and that your company is an account debtor of the Debtor. Therefore, demand is made on your company for payment of all sums due to the Debtor. Should your company fail to tender these sums to Secured Party and if your company tenders these sums to any other person or entity, pursuant to the provisions of Commercial Code, Section 9607, your company will remain liable to Secured Party for the sums due. Furthermore, if your company fails to pay Secured Party the sums due and pays the sums to any other person or entity, Secured Party will immediately take any and all action necessary to collect the sums due including filing a lawsuit if appropriate.

Please make your payment to Cathay Bank attention: Michael Creith located at 17271 Gale Ave., City of Industry, California 91748. To assure proper credit please reference United Aluminum Door, Inc.

If you have any questions regarding the matters set forth herein, please do not hesitate to contact the undersigned at (626) 581-0440.

476189.1

May 25, 2007
Page 2

Re: Obligations due to Cathay Bank arising out of debt due to United Aluminum
Door, Inc.

Very truly yours,

CATHAY BANK

By: _Michael Creith_

Michael Creith, Vice President