Martin W. Chow (MC-2013)
Law Offices of Martin W. Chow
590 Newark Avenue
Jersey City, NJ 07306
NY Tel: (212) 233-3700
NJ Tel: (201) 963-9218

Counsel for the Defendants:
United Aluminum Door, Inc., Very-Tact
International, Inc. and Archivisions, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
CATHAY BANK,

    Plaintiff,

v.

UNITED ALUMINUM DOOR INC., VERY-
TACT INTERNATIONAL, INC.,
ARCHIVISIONS, INC., WAH WOON TAM
a/k/a WAYNE TAM, JEN-HAO MAO,
SANDY LIANG, KUO WIN LIU,

                                  Civil Action No. 07CV4152(DC)

    Defendants.

-----------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, the undersigned, certify that:

1. I am over 18 years of age and am not a party to this proceeding.

2. On the 11th day of June 2007, I served the within Memorandum of Law in Opposition to Compel Defendants United Aluminum Door Inc., Very-Tact International Inc. and Archivisions, Inc. to Deliver Collateral to Plaintiff for a Preliminary Injunction and for Other Relief and Declaration of Sandy Liang, by sending the same by regular mail, fax (212) 956-2164 and email: pts@robinsonbrog.com and depositing the same in a Post Office Box, under the control of the U.S. Postal Service, in the City of New York, to:

Philip Simpson, Esq.
Robinson Brog Leinwand Greene Genovese & Gluck P.C.
1345 Avenue of the Americas
New York, NY 10105-0143

1

Dated: New York, New York
      June 11, 2007

                                       */s/ Martin W. Chow*
                                       MARTIN W. CHOW, ESQ.