Philip T. Simpson (PS-9707)
Robinson Brog Leinwand Greene Genovese & Gluck P.C.
1345 Avenue of the Americas
New York, New York 10105-0143
Attorney for Plaintiff

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/15/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
CATHAY BANK,

        Plaintiff,

 -against-

UNITED ALUMINUM DOOR INC., VERY-TACT
INTERNATIONAL, INC., ARCHIVISIONS, INC.,
WAH WOON TAM a/k/a WAYNE TAM, JEN-
HAO MAO, SANDY LIANG, KUO WIN LIU,

        Defendants.
-------------------------------------------------------X

Civil Action No. 07CV4152 (DC)
(MHD)

ORDER EXTENDING TEMPORARY
RESTRAINING ORDER ON
CONSENT

  WHEREAS, on May 30, 2007, plaintiff Cathay Bank commenced an action against Defendants United Aluminum Door Inc., Very-Tact International, Inc., Archvisions, Inc., Wah Woon Tam a/k/a Wayne Tam, Jen-Hao Mao, Sandy Liang, and Kuo Win Liu asserting claims based on and arising out of loan agreements, security agreements, and guaranty agreements between the defendants and plaintiff; and

  WHEREAS plaintiff has submitted an Order to Show Cause for, among other relief, a preliminary injunction, an attachment of the property of defendants United Aluminum Door Inc., Very-Tact International, Inc., and Archivisions, Inc., a deposition of said defendants, and an inspection by plaintiff or its representatives of the property, books and records of said defendants; and

  WHEREAS plaintiff's proposed Order to Show Cause further requested that pending the hearing and determination of plaintiff's motion, the defendants United Aluminum Door Inc., Very-Tact International, Inc., and Archivisions, Inc. (the "Corporate Defendants"), their agents, officers, employees, shareholders, representatives, and all other persons acting on their behalf, be

{00345724.DOC;1}

enjoined and restrained from selling, assigning, dismantling, transferring, pledging, or otherwise disposing of any of certain property of the Corporate Defendants; and

WHEREAS on June 5, 2007 the Court issued a Temporary Restraining Order on the record in open court, and on June 11, 2007 the Court entered a written Temporary Restraining Order (the "TRO"); and

THE COURT having scheduled a further hearing in this matter for June 15, 2007;

IT IS THEREFORE ORDERED, that the Court's prior TRO is continued pending a further hearing and determination of this motion, such that defendants United Aluminum Door Inc., Very-Tact International, Inc., and Archivisions, Inc., their agents, officers, employees, shareholders, representatives, and all other persons acting on their behalf, are enjoined and restrained from selling, assigning, dismantling, transferring, pledging, or otherwise disposing of any of the assets or property of the defendants United Aluminum Door Inc., Very-Tact International, Inc., and Archivisions, Inc., except that said defendants are not prohibited from expending monies in the ordinary course of business for such ordinary and usual expenses as rent, utilities, and wages and salaries currently in effect, provided however that the exception for payment of wages and salaries does not permit said defendants to pay any monies in the nature of bonuses or to increase any wages, wage rates, or salaries; and

IT IS FURTHER ORDERED, that Corporate Defendants be, and hereby are, by June 21, 2007 by noon, directed to furnish Plaintiff with information showing the current location(s) of all collateral and the names and addresses of all purchasers, assignees and transferees of collateral; and

IT IS FURTHER ORDERED, that Corporate Defendants be, and hereby are, directed, on June 21, 2007 by noon, to provide Plaintiff with a) the names and addresses of all account debtors of the Corporate Defendants; b) information showing all accounts receivable of Corporate Defendants; and c) information showing all insurance claims made or contemplated by Defendants with respect to the collateral; and

{00345724.DOC;1}

IT IS FURTHER ORDERED, that Plaintiff and its agents may inspect Corporate Defendants' place of business at 299 Vandervoort Avenue, Brooklyn, NY 11211 and such other locations as said defendants may have, on or before June 22, 2007 at by 10:00 a.m. and continuing for such time as is reasonably necessary, for the purpose of locating, identifying, inspecting photographing, and otherwise ascertaining the extent and condition of all property of said defendants in which Plaintiff has a security interest, and said defendants are to give Plaintiff and its agents full access to such premises for such purpose; and

IT IS FURTHER ORDERED, that Plaintiff and its agents may inspect the books and records of said defendants on or before June 22, 2007 at 10:00 a.m. and continuing for such time as is reasonably necessary, and that said defendants are to give Plaintiff and Plaintiff's agents full access to their books and records; and

IT IS FURTHER ORDERED, that Wayne Tam shall appear at the offices of plaintiff's counsel, Robinson Brog Leinwand Greene Genovese & Gluck P.C., 1345 Avenue of the Americas, New York, New York 10105-0143 to be deposed on June 27, 2007 at 10:00 a.m.; and

IT IS FURTHER ORDERED, that the hearing on plaintiff's motion for a preliminary injunction, an attachment and other relief shall take place before Hon. Denny Chin, U.S.D.J. on the __13th__ day of ~~June,~~ July 2007 at __2:00__ p. m. at the Courthouse located at 500 Pearl Street, courtroom 11-A, New York, New York; and

IT IS FURTHER ORDERED, that further papers in support or in opposition to plaintiff's motion, if any, must be filed with the Court in hand or electronically, and served on opposing counsel by the same manner as said papers are filed with the Court, on or before the ___ day of July ~~June,~~ 2007.

SO ORDERED the __15__ day of June, 2007

Denny Chin U.S.D.J.

{00345724.DOC;1}

Stipulated and agreed:

ROBINSON BROG LEINWAND GREENE      LAW OFFICES OF MARTIN CHOW
GENOVESE & GLUCK, P.C.

By: /s/ Philip T. Simpson          By: /s/ Martin Chow
Philip T. Simpson                    Martin Chow
Attorney for Plaintiff              Attorney for Corporate Defendant

{00345724.DOC;1}