UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X   Civil Action No.: 07 CV 4152(DC)
CATHAY BANK,                                                                         (MHD)

                    Plaintiff,

    -against-

                                               NOTICE OF APPEARANCE

UNITED ALUMINUM DOOR INC., VERY-TACT
INTERNATIONAL, INC., ARCHIVISIONS, INC.,
WAH WOON TAM a/k/a WAYNE TAM, JEN-HAO
MAO, SANDY LIANG, KUO WIN LIU,

                    Defendants.
----------------------------------------------------------------X

S I R S :

    PLEASE TAKE NOTICE, that the defendant, KUO WIN LIU, hereby appears in the above-entitled action, and that the undersigned have been retained as attorneys for said defendant and demands that all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated: New York, New York
         June 15, 2007

                                            Yours, etc.,

                                            LEWIS, JOHS, AVALLONE AVILES, LLP
                                            30 Vesey Street-8th Floor
                                            New York, New York 10007
                                            212. 233.7195
                                            LJAA File No.: 0153-1084-NY00

                         ·By:_____
                             JOHN H. HORAN, ESQ. (JEH-5767)

TO:
ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK, P.C.
Attorneys for Plaintiff
CATHAY BANK
1345 Avenue of the Americas
New York, New York 10105-0143
(212) 603-6313

MARTIN W. CHOW, ESQ.
Attorney for Defendants
United Aluminum Door, Inc.
590 Newark Avenue
Jersey City, New Jersey 07306

MARTIN W. CHOW, ESQ.
Attorney for Defendants
Very-Tact International, Inc.
590 Newark Avenue
Jersey City, New Jersey 07306

MARTIN W. CHOW, ESQ.
Attorney for Defendants
Archivisions, Inc.
590 Newark Avenue
Jersey City, New Jersey 07306

Mr. Wayne Tam
90 West Broadway-Apt. 5A
New York, New York 10007-1009

Jen-Hao Mao
96 Schermerhorn-Apt. 5C
Brooklyn, New York 11201

Sandy Liang
24 Eugene Street
Melville, New York 11747