> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: 6/21/07

# LEWIS JOHS
Lewis Johs Avallone Aviles, LLP

Counsellors at Law

June 18, 2007

**Via Fax:** (212) 805-7906

United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Attention: Judge Denny Chin

**Re:** Cathay Bank v. United Aluminum Door, Inc., et al.
Docket No.: 07CV4152(DC)(MHD)
<u>LJAA File No.: 0153-1084</u>

Dear Judge Chin:

This office represents the defendant, Kuo Win Liu, and will be fling a Notice of Appearance on behalf of Mr. Liu today. I am writing to request an extension of time to answer the plaintiff's Complaint in this matter.

On June 14, 2007, Thomas J. Dargan, Esq. of this office made a telephone call to plaintiff's attorney's office to request an extension of time to answer. The attorney indicated that he was not in a position to grant the extension of time but informed Mr. Dargan that a hearing in this matter was scheduled before Judge Chin on the afternoon of June 15, 2007. As you are aware, this hearing was subsequently cancelled.

Thank you for your kind consideration of this matter and we look forward to your response regarding this request.

Very truly yours,

John E. Horan
jehoran@lewisjohs.com
*New York City Office*

JEH: ma

*Handwritten endorsement:* Application GRANTED. Defendant Kuo Win Liu's time to respond to the complaint is extended until 7/16/07. SO ORDERED. [signature] 6/21/07

**MEMO ENDORSED**

Robert J. Avallone
Deborah A. Aviles
Michael T. Colavecchio
Thomas J. Dargan
Robert W. Doyle, Jr.
Frederick C. Johs
Jason T. Katz
William J. Lewis
Eileen H. Libutti
Jeffrey M. Pincus
F. Sean Rooney
Marcy D. Sheinwold

Patrick Aurilia
Erika A. Bordan
Claudia L. Boyd
Meredith E. Canniff
Lawrence J. Preeze
Jennifer C. Friedrich
Jill A. Greenberg
Brian J. Greenwood
Christine B. Hickey
Tara M. Higgins
John E. Horan
Jessica Klotz
Michael G. Kruzynski
Erin M. Lawrence
Judith N. Littman
Daniel W. McCally
Michael Milchan
Greg M. Mondelli
Joseph M. Nador
CindyAnn Ross
Roslyn R. Ross
John B. Saville
Matthew D. Shwom
Patrick G. Toner

*Counsel*
Mark R. Aledort
Daniel A. Bartoldus
Marvin J. Bellovin
Brian Brown
Robert J. Cimino
Elizabeth A. Fitzpatrick
Roy F. Kaufman
Edward G. Lukoski
John F. Morrison
David B. Pevney
Ellen N. Savino
Milton Thurm

30 Vesey Street, 8th Floor, New York, NY 10007-4202   212.233.7195   Fax 212.233.7196   www.lewisjohs.com

New York   Melville