Martin W. Chow (MC-2013)
Law Offices of Martin W. Chow
590 Newark Avenue
Jersey City, NJ 07306
NY Tel: (212) 233-3700
NJ Tel: (201) 963-9218

Counsel for the Defendants: United Aluminum Door, Inc., Very-Tact International, Inc. and Archivisions, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
CATHAY BANK,

      Plaintiff,
v.

UNITED ALUMINUM DOOR INC., VERY-TACT INTERNATIONAL, INC., ARCHIVISIONS, INC., WAH WOON TAM a/k/a WAYNE TAM, JEN-HAO MAO, SANDY LIANG, KUO WIN LIU,

      Defendants.

Civil Action No. 07CV4152(DC)

-----------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that:

1. I am over 18 years of age and am not a party to this proceeding.

2. On the 6th day of July 2007, I served the Answer to the Plaintiff's complaint by defendants United Aluminum Door Inc., Very-Tact International Inc., Archivisions, Inc., Wah Woon Tam a/k/a Wayne Tam, Jen-hao Mao and Sandy Liang, by sending the same by regular mail, fax (212)956-2164 and email: pts@robinsonbrog.com and depositing the same in a Post Office Box, under the control of the U.S. Postal Service, in the City of New York, to:

Philip Simpson, Esq.
Robinson Brog Leinwand Greene Genovese & Gluck P.C.
1345 Avenue of the Americas
New York, NY 10105-0143

Thomas Dargan, Esq.
tjdargan@lewisjohs.com

1

Lewis Johs Avallone Aviles, LLP
425 Broad Hollow Road
Melville, NY 11747
Tel: 631.755.0101
Fax: 631.755.0117

Dated:  Jersey City, New Jersey
        July 6, 2007

                                        /s/ Martin W. Chow
                                        MARTIN W. CHOW, ESQ.