Philip T. Simpson (PS-9707)
Robinson Brog Leinwand Greene Genovese & Gluck P.C.
1345 Avenue of the Americas
New York, NY 10105-0143
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
**CATHAY BANK,**
                Plaintiff(s),

    -against-

**UNITED ALUMINUM DOOR INC.,
VERY-TACT INTERNATIONAL, INC.,
ARCHIVSIONS, INC., WAH WOON
TAM a/k/a WAYNE TAM, JEN-HAO MAO,
SANDY LIANG, KUO WIN LIU,**
                Defendant(s).
-------------------------------------------------------X

**JUDGE CHIN**
Index No. 07 CV 4152

AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                  S.S.:
COUNTY OF NEW YORK)

        **TIMOTHY M. BOTTI**, being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and is employed by the attorney service, DLS, INC.

        That on the 14th day of June 2007, at approximately the time of 12:10 p.m., deponent served a true copy of the **MEMORANDUM OF LAW IN SUPPORT OF APPLICATION TO COMPEL DEFENDANTS UNITED ALUMINUM DOOR INC., VERY-TACT INTERNATIONAL, INC. AND ARCHIVISIONS, INC. TO DELIVER COLLATERAL TO PLAINTIFF, FOR A PRELIMINARY INJUNCTION AND FOR OTHER RELIEF** upon Jen-Hao Mao c/o United Aluminum Door at 307 Vandervoort Avenue, Brooklyn, NY 11211, by personally delivering and leaving the same with Jeffrey Wan, Administrative Assistant, a person of suitable age and discretion at that address, the actual place of business. At the time of service, deponent asked if Jen-Hao Mao is in active military service for the United States of America or for the State in any capacity

whatever or dependent upon a person in active military service and received a negative reply.

Jeffrey Wan is an Asian male (tan), approximately 19 years of age, stands approximately 5 feet 8 inches tall, and weighs approximately 140 pounds with short jet black hair and dark eyes.

That on the 14th day of June 2007, deponent enclosed a copy of same by first class mail post paid envelope properly addressed to Jen-Hao Mao c/o United Aluminum Door at 307 Vandervoort Avenue, Brooklyn, NY 11211, in an official depository under the exclusive care and custody of the U. S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

_____
TIMOTHY M. BOTTI #843358

Sworn to before me this
2nd day of July, 2007

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20 08